**WALKER v. N.C. STATE BD. OF DENTAL EXAM'RS.**

[369 N.C. 517 (2017)]

CYNTHIA WALKER, D.D.S., Petitioner

v.

THE NORTH CAROLINA STATE BOARD OF DENTAL EXAMINERS, Respondent

No. 95PA16

Filed 17 March 2017

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 782 S.E.2d 518 (2016), affirming an order entered on 23 October 2014 by Judge Elaine Bushfan in Superior Court, Wake County. Heard in the Supreme Court on 13 February 2017.

*Smith Moore Leatherwood LLP, by Elizabeth Brooks Scherer and Ryan McKaig, for petitioner-appellant.*

*Ellis & Winters LLP, by Matthew W. Sawchak, Stephen D. Feldman, Troy D. Shelton, and Paul M. Cox; and Carolin Bakewell for respondent-appellee.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by Clinton R. Pinyan, for North Carolina Board of Pharmacy, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.